UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Melissa Aviles-Ramos,

                  Plaintiff(s),                            25 Civ. 1096 (CM) (SLC)

        -against-

                                                                       CALENDAR NOTICE

New York City Department of Education,

                  Defendant(s),
-------------------------------------------------------X

        Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | ___ Oral argument |
| ___Settlement conference | ___Plea Hearing |     (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | ___ Fairness Hearing |
| X Telephone conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

**to Friay, March 6, 2025 at 11:30 A.M. before the Honorable Colleen McMahon, United States District Judge.**

        You are directed to call Chambers at (212) 805-6325, with both sides on the line. Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: March 4, 2025
        New York, New York

                                                         So Ordered

                                                         Colleen McMahon, U.S.D.J