UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Melissa Aviles-Ramos,

                  Plaintiff(s),

      -against-

New York City Department of Education,

        Defendant(s),
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2025

25 Civ. 1096 (CM) (SLC)

AMENDED

CALENDAR NOTICE

Please take notice that the above captioned matter has been **scheduled** for a:

```
____Pre-trial conference         ____Status conference   __ Oral argument
____Settlement conference        ____Plea Hearing              (Bankruptcy Appeal)
____Rule (16) conference         ____Final pre-trial conference  __ Fairness Hearing
_X_ Telephone conference         ____Jury Selection and Trial    __ OTSC Hearing
____Non-Jury Trial               ____Inquest
```

**on Friday, March 7, 2025 at 11:30 A.M. before the Honorable Colleen McMahon, United States District Judge.** The parties are directed to call Chambers at (212) 805-6325, with both sides on the line.
      Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: March 5, 2025
       New York, New York

So Ordered:

*/s/ Colleen McMahon*

Colleen McMahon, U.S.D.J