

Muriel Goode-Trufant
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric Teszler
*Assistant Corporation Counsel*
Office: (212) 356-1652

October 15, 2025

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Mendez, et al. v. Aviles-Ramos, et al.*, 25-cv-1096 (CM)

Dear Judge McMahon:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

Pursuant to Your Honor's Individual Practices and Procedures, Rule V.(A.), and in accordance with the Family Education Rights and Privacy Act, 20 U.S.C. § 1232(g), Defendants respectfully submit this letter-motion seeking to file under seal certain documents from the administrative record at issue in this matter in order to preserve the Student-Plaintiff's anonymity. *See generally* Teszler Declaration in Support of Defendants' Cross-Motion for Reconsideration and in Opposition to Plaintiffs' Motion for Reconsideration (ECF No. 51).

Thank you for considering this submission.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc:   All counsel of record (via ECF)


